IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**CLIFTON HEAL and ERICA HEAL**                                                      **PLAINTIFFS**

vs.                                            No. 5:21-cv-511-FB

**LIMESTONE COUNTRY PROPERTIES, LLC,**                          **DEFENDANTS**
**and MARIE GABRIEL**

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs Clifton Heal and Erica Heal and Defendants Limestone Country Properties, LLC, and Marie Gabriel hereby jointly stipulate to dismissal of this action with prejudice pursuant to Rule 41(a)(1)(A)(ii). The Parties respectfully request that this matter be dismissed with prejudice and without award of costs or fees to any Party.

Respectfully submitted,

**CLIFTON HEAL and ERICA HEAL,
PLAINTIFFS**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

*/s/ Merideth Q. McEntire*
Merideth Q. McEntire
Tex. Bar No. 24105123
merideth@sanfordlawfirm.com

*/s/ Josh Sanford*
Josh Sanford
Tex. Bar No. 24077858
josh@sanfordlawfirm.com

Page 1 of 2
Clifton Heal, et al. v. Limestone Country Properties, LLC, et al.
U.S.D.C. (W.D. Tex.) Case No. 5:21-cv-511-FB
Joint Stipulation of Dismissal with Prejudice

    and    **LIMESTONE COUNTRY PROPERTIES, LLC, and MARIE GABRIEL, DEFENDANTS**

ROUGEUX & ASSOCIATES PLLC
595 South Castell Avenue
New Braunfels, Texas 78130
Telephone: (830) 358-7543

*/s/ Natalie C. Rougeux*
Natalie C. Rougeux
Tex. Bar No. 24041828
nrougeux@rougeuxpllc.com

Lilia S. Marek
Tex. Bar No. 24060509
lmarek@rougeuxpllc.com

## CERTIFICATE OF SERVICE

I, the undersigned counsel, do hereby certify that on the date imprinted by the CM/ECF system, a copy of the foregoing Stipulation was filed via the CM/ECF system, which will provide notice to the following attorney of record:

Natalie C. Rougeux, Esq.
Lilia S. Marek, Esq.
ROUGEUX & ASSOCIATES PLLC
595 South Castell Avenue
New Braunfels, Texas 78130
Telephone: (830) 358-7543
nrougeux@rougeuxpllc.com
lmarek@rougeuxpllc.com

    */s/ Josh Sanford*
    **Josh Sanford**

Page 2 of 2
Clifton Heal, et al. v. Limestone Country Properties, LLC, et al.
U.S.D.C. (W.D. Tex.) Case No. 5:21-cv-511-FB
Joint Stipulation of Dismissal with Prejudice